IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LEE ANN SOMMERVILLE, et al.,

    Plaintiffs,

v.          CIVIL ACTION NO.   2:19-cv-00878

UNION CARBIDE CORPORATION,

    Defendant.

### JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order, the court **DISMISSES** this action and **ORDERS** that this case be stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:    May 13, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

1